## PATRICK PALMIERI *v.* FRANK CIRINO

The petition by the substitute plaintiff, Palmieri Cove Associates, LLC, for certification for appeal from the Appellate Court, 90 Conn. App. 841 (AC 25784), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher* and *Vincent T. McManus, Jr.,* in support of the petition.

*Patricia A. Cofrancesco,* in opposition.

Decided December 14, 2005

## STATE OF CONNECTICUT *v.* STEVEN MANNS

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 827 (AC 24643), is denied.

*Maria A. Cahill,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

Decided December 14, 2005